IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RETHA GREEN,**     **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,**     **Defendant.** | **NO. 13-4666** |

## O R D E R

**AND NOW**, this 23rd day of March, 2015, upon consideration of the record in this case, and the Report and Recommendation of Elizabeth T. Hey dated February 26, 2015, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of Elizabeth T. Hey dated February 26, 2015, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Statement of Issues in Support of Request for Review and Plaintiff's Motion for Summary Judgment are **GRANTED IN PART** and **DENIED IN PART**. The part of the Request for Review and Motion which seeks a remand is **GRANTED**. The part of the Request for Review and Motion which seeks a determination by this Court that plaintiff is entitled to disability insurance benefits is **DENIED**;

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of Elizabeth T. Hey dated February 26, 2015.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.